FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 14 AM 11:48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD BOOKER | CIVIL ACTION |
| VERSUS | NO. 06-4477 |
| SHERIFF GUSMAN, WARDEN RUDY, ORLEANS ALDERMANS | SECTION "N"(4) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Ronald Booker's Title 42 U.S.C. § 1983 complaint against the defendants, Orleans Parish Criminal Sheriff Marlin Gusman, Warden Rudy, and other unidentified parties, is **DISMISSED WITH PREJUDICE** for failure to serve pursuant to Fed. R. Civ. P. 4(m) and for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this _14th_ day of _June_, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep__
___ Doc. No.___